USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2025

# THE MARKS LAW FIRM, P.C.

October 17, 2025

> **APPLICATION GRANTED:** The Initial Case Management Conference in this matter scheduled for Monday, October 27, 2025 at 3:00 p.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Monday, December 15, 2025 at 3:00 p.m.</u> Plaintiff is directed to serve this order, and a copy of the complaint on the Defendants.
>
> APPLICATION GRANTED
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> 10/17/2025

**FILED VIA ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, New York 10007-1312

RE:   **Dunbar v. Wezc Hospitality LLC, et al.**
      Index: 1:25-cv-05192-DEH-KHP

Dear Judge Parker,

Pursuant to Section I(c) of Your Honor's Individual Part Rules ("Requests for Adjournments or Extensions of Time"), Plaintiff respectfully requests a forty-five (45)-day adjournment of the Initial Case Management Conference from **October 27, 2025** to **December 11, 2025**, along with a corresponding extension of the deadline to submit a jointly proposed Scheduling Order from **October 20, 2025** to **December 4, 2025**, in accordance with Your Honor's Orders dated June 26, 2025 and August 15, 2025 [Dkt. 6 and 9].

The reason for this request is that, to date, Defendants have neither appeared in this action nor responded to the Complaint. Since the inception of this matter, Plaintiff has made continuous and diligent efforts to communicate with both Defendants by phone, mail, and email to inform them of the pending action and remind them of their obligations under the Federal Rules of Civil Procedure and this Court's rules to appear and participate in the litigation. These efforts have also included a thorough review of publicly available records, such as New York City Department of Buildings permit searches and New York Department of State corporate entity searches, to identify additional contact information for Defendants.

As to Defendant Wezc Hospitality LLC ("Wezc"), as part of our due diligence, on July 10, 2025, our office emailed Wezc at info@hollybrooklane.co, an email address obtained from Defendant's website, with a courtesy copy of the pleadings and other pertinent information regarding this action. On July 15, 2025, we received a response from Cedric Sanders, an agent of Wezc, who confirmed receipt of our correspondence, advised that he had forwarded it to his insurance company, and stated that he was awaiting their response. On October 3, 2025, our office again emailed Mr. Sanders to follow up on this matter. On October 6, 2025, Mr. Sanders indicated his availability to discuss this matter. Our office is coordinating with him to schedule a time and has informed him of the Court's deadlines.

Although Defendant 1700 First Avenue LLC has not responded to any of our communications, we remain hopeful that Mr. Sanders will provide additional contact information once our discussions commence.

155 East 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, rmadnick@markslawpc.com
www.markslawpc.com

## THE MARKS LAW FIRM, P.C.

In light of the foregoing, Plaintiff respectfully requests a forty-five (45)-day adjournment of the Initial Case Management Conference, from **October 27, 2025**, to **December 11, 2025**, along with a corresponding extension of the deadline to submit a jointly proposed Scheduling Order, from **October 20, 2025**, to **December 4, 2025**. If Defendants do not respond or fail to appear in this action, Plaintiff will initiate default judgment proceedings by **December 4, 2025**, in accordance with this Court's Individual Rules and Practices. This is the first request of its kind.

We thank you and the Court for your time and consideration.

Respectfully Submitted,

The Marks Law Firm, P.C.

By: *Richard M.*
Richard M. Madnick, Esq.

155 East 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, rmadnick@markslawpc.com
www.markslawpc.com