# THE MARKS LAW FIRM, P.C.

December 2, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___12/02/2025___

MEMO ENDORSED

***FILED VIA ECF***
Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, New York 10007-1312

RE:     **Dunbar v. Wezc Hospitality LLC, et al.**
         Index: 1:25-cv-05192-DEH-KHP

Dear Judge Parker,

Pursuant to Section I(c) of Your Honor's Individual Part Rules ("Requests for Adjournments or Extensions of Time"), Plaintiff respectfully requests a forty-five (45)-day adjournment of the Initial Case Management Conference from **December 15, 2025** to **January 29, 2026**, along with a corresponding extension of the deadline to submit a jointly proposed Scheduling Order from **December 8, 2025** to **January 22, 2026**, in accordance with Your Honor's Order dated October 17, 2025 [Dkt. 15].

The reason for this request is that, on November 25, 2025, Cedrick Sanders, an agent of Defendant Wezc Hospitality LLC ("Wezc"), contacted our office and advised that Wezc was in the process of vacating the subject premises. Following this discussion, our office requested additional documentation to confirm the status of the premises. Mr. Sanders subsequently provided copies of the eviction notice and the New York County Civil Court docket for the related eviction proceedings (Index No. LT-313218-25/NY). However, we are still awaiting photographs of the vacated premises from Mr. Sanders, which are necessary for Plaintiff to make a final determination regarding Wezc's status in this litigation. Once these photographs are received, Plaintiff intends to file a Rule 41 Notice of Voluntary Dismissal as against Wezc, without prejudice, and proceed with the action against Defendant 1700 First Avenue LLC accordingly.

It should also be noted that, despite multiple attempts by telephone, email, and mail, Defendant 1700 First Avenue LLC has not responded. We remain hopeful that Mr. Sanders can provide pertinent contact information for the landlord to assist our continued efforts, so that said Defendant can appear in this litigation, prior to initiating default proceedings.

In light of the foregoing, Plaintiff respectfully requests a forty-five (45)-day adjournment of the Initial Case Management Conference from **December 15, 2025,** to **January 29, 2026**, along with a corresponding extension of the deadline to submit a jointly proposed Scheduling Order from **December 8, 2025,** to **January 22, 2026**. During this period, our office will continue to correspond with Mr. Sanders to confirm that the subject premises has been vacated and will diligently attempt to communicate with Defendant 1700 First Avenue LLC. Should Defendant 1700 First Avenue

155 East 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, rmadnick@markslawpc.com
www.markslawpc.com

# THE MARKS LAW FIRM, P.C.

LLC fail to respond or appear in this action, Plaintiff will initiate default judgment proceedings on or before **January 22, 2026**, in accordance with this Court's Individual Rules and Practices. This is the second request of its kind, the first of which was granted by Your Honor on October 17, 2025.

We thank you and the Court for your time and consideration.

Respectfully Submitted,

The Marks Law Firm, P.C.

By: *Richard M.*

Richard M. Madnick, Esq.

**APPLICATION GRANTED:** The Initial Case Management Conference in this matter scheduled for Monday, December 15, 2025 at 3:00 p.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Thursday, January 29, 2026 at 11:00 a.m.**

APPLICATION GRANTED

*Katharine H Parker*

Hon. Katharine H. Parker, U.S.M.J.

**12/02/2025**

155 East 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, rmadnick@markslawpc.com
www.markslawpc.com