# THE MARKS LAW FIRM, P.C.

> The Court thanks the parties for the update. The parties shall file a further status update on May 1, 2026.

**FILED VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, NY 10007-1312

**SO ORDERED:**

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

RE:  **Dunbar v. 1700 First Avenue LLC**
Index: 1:25-cv-05192-DEH-KHP

Dear Judge Parker,

Plaintiff and Defendant, 1700 First Avenue LLC ("Defendant"), jointly and respectfully submit this status report in accordance with Your Honor's Scheduling Order dated March 2, 2026 [Dkt. 28].

The parties have engaged in substantive settlement discussions to resolve this matter expeditiously. Such discussions contemplated including the Defendant's tenant (the "Tenant") and the Tenant's lease guarantor (the "Guarantor"). To that end, the parties believe that Your Honor's assistance would be beneficial in facilitating a global resolution and respectfully request that the Court schedule a settlement conference.

Furthermore, in addition to the settlement discussions referenced above, the parties have exchanged information regarding the Tenant. While the Tenant planned on assigning the subject lease to a third party, the assignment fell through and was not completed. At this time, Plaintiff has had no communication with the Tenant; however, to the extent Defendant seeks to bring the Tenant back into this action or commence a third-party action against the Guarantor, Plaintiff does not object.

In light of the foregoing, the parties respectfully request leave to submit a further status report regarding the status of settlement discussions, including those involving the tenant, on or before **May 1, 2026**.

We thank you and the Court for your time and consideration.

Respectfully Submitted,

The Marks Law Firm, P.C.

By: Richard M. Madnick, Esq.

155 East 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, rmadnick@markslawpc.com
www.markslawpc.com