USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2026

**THE MARKS LAW FIRM, P.C.**

April 30, 2026

The Court thanks the parties for the update. The parties shall file a further status update on June 15, 2026

**APPLICATION GRANTED**

*Katharine H Parker*

Hon. Katharine H. Parker, U.S.M.J.

5/1/2026

*FILED VIA ECF*
Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, NY 10007-1312

RE:    **Dunbar v. 1700 First Avenue LLC**
Index: 1:25-cv-05192-DEH-KHP

Dear Judge Parker,

Plaintiff and Defendant, 1700 First Avenue LLC ("Defendant"), jointly and respectfully submit this status report in accordance with Your Honor's Order dated April 3, 2026 [Dkt. 31].

On April 16, 2026, Wezc Hospitality LLC ("Wezc") was evicted from the subject premises. On April 28, 2026, Defendant initiated a third-party action against Wezc and Cedric W. Sanders (the guarantor of Wezc's obligations under the lease for the subject premises) by filing a Third-Party Complaint [Dkt. 32]. Although the parties have continued to engage in substantive settlement discussions, they have reached an impasse on certain material terms. Accordingly, Plaintiff intends to proceed on the merits and move forward with discovery.

The parties note that, by Order dated April 2, 2026, the Court scheduled a settlement conference for Monday, June 1, 2026 [Dkt. 30]. Notwithstanding the current impasse, the parties intend to appear for that conference in good faith and are hopeful that, with Your Honor's guidance, the remaining issues can be resolved or, at a minimum, that each side will gain a clearer understanding of the other's position.

In light of the foregoing, the parties respectfully request leave to submit a further status report on or before **June 15, 2026**, addressing the status of settlement discussions, including any discussions involving the tenant.

We thank you and the Court for your time and consideration.

Respectfully Submitted,

The Marks Law Firm, P.C.

By: *Richard M.*

Richard M. Madnick, Esq.

155 East 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, rmadnick@markslawpc.com
www.markslawpc.com