# THE MARKS LAW FIRM, P.C.

1325 Avenue of the Americas, 14th Floor, New York, NY 10019
EMAIL rmadnick@markslawpc.com   TEL (646) 770–3775

June 29, 2026

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____6/30/2026**

The Court thanks the parties for the update; Plaintiff and Defendant are ordered to submit another joint status update by **July 30, 2026**.

**APPLICATION GRANTED**

*Katharine H. Parker*

**Hon. Katharine H. Parker, U.S.M.J.**
6/30/2026

RE:   *Dunbar v. 1700 First Avenue LLC*
        Case No. 1:25-cv-05192-DEH-KHP

Dear Judge Parker,

Plaintiff Kirkpatrick Dunbar ("Plaintiff") and Defendant, 1700 First Avenue LLC ("Defendant"), jointly and respectfully submit this status report in accordance with Your Honor's Order dated June 16, 2026 [Dkt. 47].

The Plaintiff and Defendant write to advise the Court that they have reached a tentative settlement of the above-referenced matter. A confidential settlement agreement has been exchanged and is pending Defendant's final review, approval, and signature, and the parties anticipate finalizing it within the next few weeks.

Upon Defendant's execution of the settlement agreement, Defendant intends to file a notice of discontinuance of its third-party action. In light of the third-party action, the parties respectfully request that an order of dismissal not be issued at this time.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

Richard M.

Richard M. Madnick, Esq.